COM.

v.

**KRAIDMAN, B.**

**713 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/18/2017

CP–15–CR–0000045–2015 (Chester)

Affirmed

■

**FERNANDEZ, B.**

v.

**ERIE INSURANCE GROUP**

**1002 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

2014–01257 (Montgomery)

Reversed/Remanded

■

**COM.**

v.

**PEARSON, I.**

**1158 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–39–CR–0004988–2015 (Lehigh)

Affirmed

■

**COM.**

v.

**DORN, T.**

**1448 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–51–CR–0003769–2010 (Philadelphia)

Affirmed

■

**COM.**

v.

**DAVIS, H.**

**1641 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–51–CR–0002632–2015 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted.